**Order filed January 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00927-CV
_____

**KIMBERLY WOODFORK, Appellant**

**V.**

**BANK OF AMERICA, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1018590**

---

## O R D E R

Appellant's brief was due **January 4, 2013.** No brief or motion for extension of time has been filed.

Unless appellant submits her brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **February 19, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM